IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KELLY H. WILSON, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**CYNTHIA ZUBIATE, et al.,**<br><br>Defendants. | Case No. 14-1032 CV (PR)<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE DISPOSITIVE MOTION |

On July 9, 2014, the Court ordered service of Plaintiff's Amended Complaint on Defendants Zubiate, Spearman, Jordan, and Beard ("Defendants"). The Court ordered Defendants to file any dispositive motion within 30 days after the date that an answer to the complaint is due (calculated to be October 8, 2014). (Order of Service at 5, ECF No. 25.)

Defendants requested an additional sixty days, up to and including December 8, 2014, to file a dispositive motion.

The Court has read and considered Defendants' request and the accompanying declaration of counsel, and finds good cause exists to grant the request. Accordingly, IT IS ORDERED that Defendants' request is GRANTED.

Plaintiff's opposition to Defendant's dispositive motion shall be filed with the Court and served upon Defendants no later than twenty-eight days after Defendants serve Plaintiff with the

1

[Proposed] Order Granting Defs.' Mot. Change Time (14-1032 CV (PR))

motion. Defendants shall file a reply brief within fourteen days of the date on which Plaintiff serves Defendants with the opposition. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion unless the Court so orders at a later date.

Dated: September 17, 2014

The Honorable Vince Chhabria
United States District Judge

2

[Proposed] Order Granting Defs.' Mot. Change Time (14-1032 CV (PR))