UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY H. WILSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CYNTHIA ZUBIATE, et al.,<br><br>    Defendants. | Case No. 14-cv-01032-VC<br><br>**ORDER SCHEDULING TELEPHONIC CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 49 |

A case management conference is scheduled for January 20, 2015 at 11:00 a.m. The parties shall appear by telephone. At the conference, the parties should be prepared to discuss the following issues: (i) whether the defendants have made any effort to recover Mr. Wilson's VA benefits payment; (ii) whether the defendants have made any effort to reform their procedures to avoid erroneously returning VA benefits checks; (iii) whether Mr. Wilson is entitled to discovery; (iv) whether Mr. Wilson is now receiving his regular benefit payments; and (v) whether an attorney should be appointed for Mr. Wilson. The defendants are ordered to provide the Court and plaintiff a telephone conference phone number and access code no less than 7 days prior to the hearing. The defendants and their attorneys are ordered to take all steps necessary to ensure that Mr. Wilson is able to participate in the telephonic case management conference.

    **IT IS SO ORDERED**.

Dated: December 1, 2014

_____
VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KELLY H. WILSON,

    Plaintiff,

v.

CYNTHIA ZUBIATE, et al.,

    Defendants.

Case No. 14-cv-01032-VC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 12/1/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kelly H. Wilson ID: K-15977
Califoria State Prison-Soledad RA 331
PO Box 705
Soledad, CA 93960

Dated: 12/1/2014

Richard W. Wieking
Clerk, United States District Court

By:_____
Kristen Melen, Deputy Clerk to the
Honorable VINCE CHHABRIA

2