UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY H. WILSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CYNTHIA ZUBIATE, et al.,<br><br>    Defendants. | Case No. 14-cv-01032-VC<br><br>**ORDER VACATING BRIEFING SCHEDULE FOR SUMMARY JUDGMENT MOTION** |

The summary judgment briefing schedule is vacated pending the Court's consideration of Plaintiff Kelly Wilson's discovery requests. Upon resolution of those requests, the Court will issue a new schedule.

**IT IS SO ORDERED**.

Dated: December 1, 2014

_____
VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY H. WILSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CYNTHIA ZUBIATE, et al.,<br><br>　　　　Defendants. | Case No.  14-cv-01032-VC<br><br>**CERTIFICATE OF SERVICE** |

　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　That on 12/1/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kelly H. Wilson ID: K-15977
Califoria State Prison-Soledad RA 331
PO Box 705
Soledad, CA 93960


Dated: 12/1/2014

　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking
　　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　　Kristen Melen, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　　Honorable VINCE CHHABRIA