UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KELLY H. WILSON,

    Plaintiff,

v.

CYNTHIA ZUBIATE, et al.,

    Defendants.

Case No. 14-cv-01032-VC

**ORDER REFERRING PLAINTIFF TO THE FEDERAL PRO BONO PROJECT AND STAYING PROCEEDINGS PENDING APPOINTMENT OF COUNSEL**

Re: Dkt. No. 35

Plaintiff Kelly Wilson, having requested and being in need of counsel to assist him in this matter and good and just cause appearing,

IT IS HEREBY ORDERED that the plaintiff shall be referred to the Federal Pro Bono Project ("Project") in the manner set forth below:

1. The clerk shall forward to the San Francisco Project office a notice of referral of the case pursuant to the Guidelines of the Project for referral to a volunteer attorney. The scope of this referral shall be for <u>all purposes</u> for the duration of the case.

2. Upon being notified by the Project that an attorney has been located to represent the plaintiff, that attorney shall be appointed as counsel for the plaintiff in this matter for the scope of representation described above.

3. All proceedings in this action are hereby stayed until four weeks from the date an attorney is appointed to represent the plaintiff in this action.

Assuming counsel is appointed to represent Mr. Wilson, the Court suggests that counsel consider the following: Mr. Wilson has brought a claim under 42 U.S.C. § 1983 based on the prison's alleged failure to properly process VA benefits to which he was entitled. Although Mr. Wilson's Section 1983 claim is grounded in an alleged violation of 38 U.S.C. § 5301(a), it is unclear whether that federal statute applies to Mr. Wilson's situation. And absent a violation of a

federal statute or constitutional provision, Mr. Wilson would be unable to pursue a federal civil rights claim under Section 1983.  Nonetheless, it appears the prison may lack adequate procedures to ensure that veterans receive their disability benefits in a timely fashion.  For example, in Mr. Wilson's case, he has made a credible allegation that the prison had no basis for questioning his entitlement to the initial check sent him by the Department of Veterans Affairs, and that the prison therefore improperly interfered with Mr. Wilson's right to that check by initiating a process which included a telephone call to the Department to confirm his eligibility and then a decision to return the check to the Department based on that conversation.  It is not clear whether these actions give rise to a federal claim, a state law claim, or no claim at all, but in any event, counsel should consider whether these actions give rise to a claim under some law other than 38 U.S.C. § 5301(a), or against parties beyond those named in Mr. Wilson's First Amended Complaint.

**IT IS SO ORDERED**.

Dated:  January 20, 2015

_____
VINCE CHHABRIA
United States District Judge