UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kelly H. Wilson, | ) |
|     Plaintiff(s), | ) Case Number: C 14-01032-VC |
| vs. | ) ORDER APPOINTING COUNSEL |
| Cynthia Zubiate, et al., | ) |
|     Defendant(s). | ) |

    Because the plaintiff has requested and is in need of counsel to assist him in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Geraldine Freeman, Steven Sacks, and Danielle Kennedy of Sheppard Mullin Richter & Hampton LLP are hereby appointed as counsel for Mr. Wilson in this matter.

    The scope of this referral shall be for:

    ☒ all purposes for the duration of the case

    ☐ the limited purpose of representing the litigant in the course of

        ☐ mediation

        ☐ early neutral evaluation

        ☐ settlement conference

        ☐ briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss):
_____

        ☐ discovery as follows:
_____
_____

        ☐ other:
_____
_____

    All proceedings in this action are hereby stayed until four weeks from the date of this order. An in-person case management conference is scheduled for March 24, 2015 at 10:00 a.m. A joint case management statement is due March 17, 2015. The parties should feel free to propose whatever case management schedule they believe is appropriate, without regard to any prior orders issued in the case.

      Counsels' contact information is: Geraldine Freeman, Steven Sacks, and Danielle Kennedy, Four Embarcadero Center, 17th Floor, San Francisco, CA 94111. Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

      IT IS SO ORDERED.

Dated:  January 29, 2015

                                          United States District  Judge