SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GERALDINE A. FREEMAN, Cal. Bar No. 111483
STEVEN B. SACKS, Cal. Bar No. 98875
DANIELLE T. KENNEDY, Cal. Bar No. 256700
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947
Email:    gfreeman@sheppardmullin.com
           ssacks@sheppardmullin.com
           dkennedy@sheppardmullin.com

*Attorneys for Plaintiff Kelly H. Wilson*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY H. WILSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CYNTHIA ZUBIATE, et al.,<br><br>    Defendant(s). | Case No. 14-CV-1032 VC (PR)<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO FILE SECOND AMENDED**<br>**COMPLAINT AND CONTINUE CASE**<br>**MANAGEMENT CONFERENCE**<br><br>Judge:    Hon. Vince Chhabria |

Plaintiff Kelly H. Wilson and Defendants Cynthia Zubiate, M. Spearman, William Jordan, and Jeffrey Beard (collectively, the "Parties"), through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, on January 22, 2015, the Court entered its Order Referring Plaintiff to the Federal Pro Bono Project and Staying Proceedings Pending Appointment of Counsel;

WHEREAS, on January 30, 2015, the Court entered its Order Appointing Counsel pursuant to which (i) present counsel was appointed as counsel for Plaintiff Wilson; (ii) an in-person case management conference was scheduled for March 24, 2015 at 10:00 a.m.: and (iii) the deadline for filing a joint case management statement was set for March 17, 2015.

WHEREAS, counsel for Plaintiff has commenced their investigation in this matter and believe that it is in Plaintiff's interest to file an amended complaint in order to properly and fully state Plaintiff's claims, and counsel for Defendants has agreed that Plaintiff may do so.

NOW, THEREFORE, the Parties agree as follows:

1. Plaintiff Wilson has leave to file a second amended complaint in this matter and will do so on or before April 15, 2015; and

2. The case management conference currently scheduled for March 24, 2015 will be continued for at least ninety (90) days to allow the Parties to file their respective pleadings and conduct initial discovery.[1]

Dated: March 16, 2015

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By        /s/ Steven B. Sacks
                STEVEN B. SACKS

*Attorneys for Kelly H. Wilson*

Dated: March 16, 2015

OFFICE OF THE ATTORNEY GENERAL
FOR THE STATE OF CALIFORNIA

By        /s/ Kathleen Marie Boergers
                KATHLEEN MARIE BOERGERS

*Attorneys for Defendants Cynthia Zubiate, et al.*

## **ORDER**

IT IS SO ORDERED. Plaintiff Wilson has leave to file a second amended complaint in this matter and shall do so on or before April 15, 2015. The status conference in this case currently scheduled for March 24, 2015 at 10:00 a.m. is continued to  May 5 , 2015 at  10:00 a.m. .

Dated: March  20 , 2015        By        [signature]
                            Honorable VINCE CHHABRIA
                            United States District Judge

---

[1] The filer of this document hereby attests that he has on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

SMRH:436725250.2
3:14-cv-01032-VC                -2-        STIPULATION AND [PROPOSED] ORDER