1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2 |   Including Professional Corporations
   GERALDINE A. FREEMAN, Cal. Bar No. 111483
3 | STEVEN B. SACKS, Cal. Bar No. 98875
   DANIELLE T. KENNEDY, Cal. Bar No. 256700
4 | Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4109
5 | Telephone:    415.434.9100
   Facsimile:    415.434.3947
6 | Email:    gfreeman@sheppardmullin.com
       ssacks@sheppardmullin.com
7 |     dkennedy@sheppardmullin.com

8 | *Attorneys for Plaintiff Kelly H. Wilson*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KELLY H. WILSON, | Case No. 14-CV-1032 VC (PR) |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT** |
| v. | |
| CYNTHIA ZUBIATE, et al., | Judge:  Hon. Vince Chhabria |
| Defendants. | |

Plaintiff Kelly H. Wilson and Defendants Cynthia Zubiate, M. Spearman, William Jordan, and Jeffrey Beard (collectively, the "Parties"), through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, on March 20, 2015, the Court entered its Order approving the parties' stipulation for Plaintiff to file an amended complaint on or before April 15, 2015 and continuing the Case Management Conference to May 5, 2015;

WHEREAS, Plaintiff's counsel has requested additional time in which to file the amended complaint through and including April 22, 2015 because counsel has not completed the process of communicating with Plaintiff on matters related to the amended complaint; and

WHEREAS, counsel for Defendants does not object to the requested extension.

NOW, THEREFORE, the Parties agree as follows:

Plaintiff Wilson shall have additional time in which to file a second amended complaint in this matter through and including April 22, 2015.[1]

Dated: April 14, 2015

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  /s/ Steven B. Sacks
STEVEN B. SACKS

*Attorneys for Kelly H. Wilson*

Dated: April 14, 2015

OFFICE OF THE ATTORNEY GENERAL
FOR THE STATE OF CALIFORNIA

By  /s/ Kathleen Marie Boergers
KATHLEEN MARIE BOERGERS

*Attorneys for Defendants Cynthia Zubiate, et al.*

## **ORDER**

IT IS SO ORDERED. Plaintiff Wilson has leave to file a second amended complaint in this matter through and including April 22, 2015.

Dated: April 16, 2015   By

Honorable VINCE CHHABRIA
United States District Judge

---

[1] The filer of this document hereby attests that he has on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.