1 SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
2   Including Professional Corporations
GERALDINE A. FREEMAN, Cal. Bar No. 111483
3 STEVEN B. SACKS, Cal. Bar No. 98875
DANIELLE T. KENNEDY, Cal. Bar No. 256700
4 Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
5 Telephone:    415.434.9100
Facsimile:    415.434.3947
6 Email:         gfreeman@sheppardmullin.com
                    ssacks@sheppardmullin.com
7                    dkennedy@sheppardmullin.com

8 *Attorneys for Plaintiff Kelly H. Wilson*

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11 KELLY H. WILSON,                          Case No. 14-CV-1032 VC (PR)

12          Plaintiff,                       **STIPULATION AND [PROPOSED]
                                             ORDER TO CONTINUE CASE
13      v.                                   MANAGEMENT CONFERENCE**

14 CYNTHIA ZUBIATE, et al.,                  Judge:    Hon. Vince Chhabria

15          Defendant(s).

16

17      Plaintiff Kelly H. Wilson and Defendants Cynthia Zubiate, Marion Spearman, Billy Jordan, C.

18 Martinez, Jeffrey Beard and the California Department of Corrections and Rehabilitation (collectively,

19 the "Parties"), through their counsel of record, hereby stipulate and agree as follows:

20      WHEREAS, this case is presently set for a Case Management Conference on August 25, 2015 at

21 10:00 a.m.;

22      WHEREAS, since the last court hearing herein the Parties have proceeded with discovery and

23 other pretrial matters and are productively engaged in these efforts;

24      WHEREAS, the Parties believe that a further Case Management Conference would be more

25 productive if the date for the conference was continued for approximately one month and have agreed to

26 seek such an extension;

27      NOW, THEREFORE, the Parties agree as follows:

28

1.      The case management conference currently scheduled for August 25, 2015 should be continued to September 29, 2015 at 10:00 a.m. (or such later date as is convenient to the Court's calendar).[1]

Dated:  August 14, 2015

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By          /s/ Steven B. Sacks
                STEVEN B. SACKS

*Attorneys for Kelly H. Wilson*

Dated:  August 14, 2015

OFFICE OF THE ATTORNEY GENERAL
FOR THE STATE OF CALIFORNIA

By          /s/ Kathleen Marie Boergers
                KATHLEEN MARIE BOERGERS

*Attorneys for Defendants*

## ORDER

The status conference in this case currently scheduled for August 25, 2015 at 10:00 a.m. is continued to September 29, 2015 at 10:00 a.m.

Dated:  August 17, 2015          By

Honorable VINCE CHHABRIA
United States District Judge

---

[1] The filer of this document hereby attests that he has on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.