UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY H. WILSON, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CYNTHIA ZUBIATE, *et al.*,<br><br>　　　　　Defendants. | Case No. 14-CV-1032 VC (PR)<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**<br><br>Date:　December 18, 2015<br>Time:　9:30 a.m.<br>Ctrm:　7, 4th Floor, 280 S. First St., San Jose<br>Judge:　Hon. Nathanael M. Cousins |

**KELLY H. WILSON**, CDCR #K15977, a necessary and material witness in a settlement conference in this case on December 18, 2015, is confined in the Correctional Training Facility ("CTF"), Soledad, California, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Nathanael Cousins at the U. S. District Court, Courtroom #7, 280 S. First Street, Fourth Floor, San Jose, California, on Friday, December 18, 2015, at 9:30 a.m.

**ACCORDINGLY, IT IS ORDERED that**:

　　　1.　　A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Nathanael Cousins; and

　　　2.　　The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

-2-

3. The Clerk of the Court is directed to serve a copy of this order on the Litigation Coordinator at CTF via facsimile at (831) 678-5866 or email to Enrique.Galvan@cdcr.ca.gov.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, CTF, P. O. Box 686, Soledad, California 93960:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Cousins at the time and place above, until completion of the settlement conference or as ordered by Judge Cousins.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: December 11, 2015

_____
United States Magistrate Judge