UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY H. WILSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CYNTHIA ZUBIATE, et al.,<br><br>　　　　Defendants. | Case No.  14-cv-01032-VC<br><br>**ORDER REQUESTING<br>SUPPLEMENTAL BRIEFING**<br><br>Re: Dkt. No. 101 |

It appears the rule established in *Sapp v. Kimbrell*, 623 F.3d 813 (9th Cir. 2010), namely, that the exhaustion requirement is excused if prison officials screen out an inmate's appeal for improper reasons, *id.* at 823, has been superseded in California by regulatory language specifying that an inmate must appeal a cancellation or rejection to exhaust his administrative remedies.  *See* Cal. Code Regs. tit. 15, § 3084.1(b) ("In addition, a cancellation or rejection decision does not exhaust administrative remedies."); § 3084.6(e) ("[A]ny appeal of the third level cancellation decision shall be made directly to the third level Appeals Chief.").  The parties are ordered to file supplemental briefs on this issue.  In their briefs, the parties should address the timing and purpose of California's adoption of the regulatory language just quoted.  They should also address whether any court has considered this question.  The defendants' brief is due May 6, 2016.  The plaintiff's brief is due May 13, 2016.  The briefs may not exceed 10 pages in length.

　　**IT IS SO ORDERED.**

Dated: April 21, 2016

_____
VINCE CHHABRIA
United States District Judge