UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY H. WILSON,<br><br>        Plaintiff,<br><br>    v.<br><br>CYNTHIA ZUBIATE, et al.,<br><br>        Defendants. | Case No. 14-cv-01032-VC<br><br>**SUPPLEMENTAL ORDER RE REQUEST FOR SUPPLEMENTAL BRIEFING**<br><br>Re: Dkt. Nos. 101, 119 |

      The defendants are required to file, with their supplemental brief, all available regulatory history concerning the relevant provisions of Cal. Code Regs. tit. 15, §§ 3084.1(b), 3084.6(e).

      **IT IS SO ORDERED.**

Dated: April 22, 2016

_____
VINCE CHHABRIA
United States District Judge